IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TRI-STATE TRUCK INSURANCE, LTD.,
TST, LTD., and ANDREW B. AUDET,

          Plaintiffs,

v.                                                              No. 09-4158-SAC

FIRST NATIONAL BANK OF WAMEGO, et al,

          Defendants.

MEMORANDUM AND ORDER

The Court's order dated March 18, 2014 (Dk. 166) required the parties to confer regarding the amount of reasonable attorneys' fees owed to Wamego and Gibson, and to notify the Court by a specified date whether or not an agreement had been reached. The parties have notified that Court that they have conferred but have been unable to reach an agreement on fees. Accordingly, the court establishes this briefing schedule.

- Wamego and Gibson may each file a memorandum limited to the issue of the amount of attorneys' fees no later than May 12, 2014;
- Tri-State may respond within 21 days of the service of each memorandum;
- Wamego and Gibson may reply within 14 days of the service of Tri-State's response.

IT IS SO ORDERED.

Dated this 24th day of April, 2014, at Topeka, Kansas.

    s/Sam A. Crow
    Sam A. Crow, U.S. District Senior Judge