# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**TRI-STATE TRUCK INSURANCE, LTD.,
TST, LTD., and ANDREW B. AUDET,**

                  **Plaintiffs,**

v.                                                                        **CIVIL CASE: 09-4158-SAC**

**FIRST NATIONAL BANK OF WAMEGO, ET. AL.,**

                  **Defendants.**

**(  )   JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**( X )   DECISION BY THE COURT.**   This action came before the Court.   The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that pursuant to memorandum and order, (Doc. 166) filed March 18, 2014, that the defendants' motions for summary judgment (Dks. 75 and 95) are granted in part and denied in part in accordance with the terms of the memorandum and order. Plaintiffs' motions for summary judgment (Dk. 73 & 97) are denied.

Entered on the docket     5/14/14

**Dated:   May 14, 2014**                    **TIMOTHY M. O'BRIEN, CLERK**

                                                            A "6Ufb¥g
                                                        **By: Deputy Clerk**