# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRI-STATE TRUCK INSURANCE, LTD., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 09-cv-4158 (SAC) ) |
| FIRST NATIONAL BANK OF WAMEGO, et al. | ) ) ) ) |
| Defendants. | ) |

## STIPULATION IN RESPECT OF JUDGMENT AND SETTLEMENT

WHEREAS, Tri-State Truck Insurance, Ltd. and TST, Ltd. (collectively, the "TST Parties"), Bank of the Flint Hills f/k/a First National Bank of Wamego ("Bank") and Gibson Family Limited Partnership ("Gibson" collectively with the Bank, the "Bank Parties"; the TST Parties and the Bank Parties being collectively referred to herein as the "Parties") have been involved in the above-captioned litigation ("Kansas Litigation"), in which a judgment was entered in favor of the Bank parties and against the TST Parties on May 14, 2014 (Doc. 176) and, following briefing about attorneys' fees, judgment was entered in favor of the Bank parties and against the TST Parties on August 5, 2014 (Doc. 194); and

WHEREAS, TST and Tri-State have appealed those judgments to the Court of Appeals for the Tenth Circuit, Case No. 14-3186 ("Kansas Appeal"), where all further proceedings, filings and briefings have been temporarily stayed; and

WHEREAS, subject to the terms of that certain Forbearance Agreement, as amended, the Bank Parties agreed to forbear from enforcing those judgments while the Parties discuss settlement of, *inter alia*, those judgments and the Kansas Appeal; and

WHEREAS, in order to comprehensively resolve the disputes joined by, *inter alia*, the Kansas Litigation, those judgments and the Kansas Appeal, the Parties have agreed to resolve their differences on the terms specifically described in a Settlement Agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that:

1. The Settlement Agreement exclusively governs the resolution and enforcement of the Kansas Litigation, those judgments, the Kansas Appeal and the various other disputes described therein pursuant to its terms; and

2. Pursuant to section 3(a) of the Settlement Agreement, the Parties shall jointly move this Court to retain jurisdiction over the Kansas Litigation for the purpose of enforcing the rights of the Parties under the Settlement Agreement and resolving any disputes related thereto.

| LONG & ROBINSON, LLC | SPENCER FANE BRITT & BROWNE, LLP |
|---|---|
| /s/ Scott C. Long | /s/ J. Loyd Gattis |
| Scott C. Long, Esq.          KS #15208<br>9401 Indian Creek Parkway, Ste. 800<br>Overland Park, KS 66210<br>913-491-9300<br>913-491-9323 – fax<br>SLong@longrobinson.com | J. Loyd Gattis, Esq.          KS #23510<br>Nathan A. Orr, Esq.<br>1000 Walnut St., Suite 1400<br>Kansas City, MO 64106-2140<br>816-474-8100<br>816-474-3216 – fax<br>lgattis@spencerfane.com<br>norr@spencerfane.com |
| *Attorneys for Tri-State Truck Insurance, Ltd and TST, Ltd.* | *Attorneys for Bank of the Flint Hills f/k/a First National Bank of Wamego and Gibson Family Limited Partnership* |
| Dated:  February 18, 2015 | |